JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARTH JASON GUMIENNY, | Case No. EDCV 16-00098-JFW (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| JEFFREY A. BEARD, CDCR DIRECTOR, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: November 3, 2016

                                                         JOHN F. WALTER
                                                          UNITED STATES DISTRICT JUDGE